# United States Court of Appeals for the Federal Circuit

## 2011-1198: FALANA V KENT STATE UNIV

U.S. District Court
Northern District of Ohio
Senior Judge David D. Dowd, Jr.

Lower Court/Agency #: 08-CV-0720
Nature of Suit: 830
Case Type: Civil Private
DCT Type: Infringement
Basis of Jurisdiction: Federal Question

Notice of Appeal and Certified List Received: 01/20/2011
Notice of Appeal Filed: 01/11/2011
Docketed and Notice Sent to Parties: 02/02/2011
Certified List Filed: 02/02/2011

Fee Paid: 01/11/2011
Fee Amount: 455.00     Receipt No: 4487241

| **Date** | **Event Summary** |
|---|---|
|  | Nothing Due |
| 04/01/2011 | Appellant Principal Brief Filing Date |
| 05/13/2011 | Appellee or Cross Appellant Principal Brief Filing Date |
| 05/31/2011 | Appellant Reply Brief Filing Date |
|  | Appellee or Cross Appellant Reply Brief Filing Date |
| 06/07/2011 | Appendix Filing Date |
| 10/04/2011 | Oral Argument Date/Calendared |
| 01/23/2012 | Disposition: Affirmed; Panel |
| 02/29/2012 | Mandate |

# United States Court of Appeals for the Federal Circuit

## 2011-1198:  FALANA V KENT STATE UNIV

## List of Parties/Representation

**Party Type/Name**                     **Represented by**

**Plaintiff-Appellee**

Olusegun Falana                         Bruce H. Wilson
                                          789 West Market Street
                                          Akron, OH  44303
                                          Phone #: (330)253-8300
                                          Fax #: (330)253-8095
                                          Email: brucewilsonesq@aol.com
                                          Bar admit: 03/11/1992
                                          EOA Filed: 02/24/2011
                                          Principal Attorney

**Defendant-Appellant**

Kent State University                   Steven J. Mintz
Alexander J. Seed                         Hahn Loeser & Parks LLP
                                          200 Public Square
                                          Suite 2800
                                          Cleveland, OH  44114
                                          Phone #: (216)621-0150
                                          Fax #: (216)241-2824
                                          Email: smintz@hahnlaw.com
                                          Bar admit: 07/07/2008
                                          EOA Filed: 02/07/2011
                                          Principal Attorney

                                        R. Eric Gaum
                                          Hahn Loeser & Parks LLP
                                          Email: regaum@hahnlaw.com
                                          Bar admit: 11/04/1998
                                          EOA Filed: 02/07/2011

# United States Court of Appeals for the Federal Circuit

## 2011-1198:  FALANA V KENT STATE UNIV

## Docket Entries

| Date | Type | Entry# | Entry Text |
|---|---|---|---|
| 02/02/2011 | F | 1 | Appeal docketed on 02/02/2011. EOD(02/02/2011 by SJ) 2011-1198 |
| 02/02/2011 | O | 2 | Official Caption.  Court Service - 02/02/11.  Filed: 02/02/11. REV(02/02/11 by SJ)  2011-1198 |
| 02/02/2011 | O | 3 | Transcript Purchase Order for the appellent, Kent State University and Alexander Seed indicating that a transcript is on file.  No Service Required.  Received: 01/18/11. REV(02/02/11 by JC)  2011-1198 |
| 02/02/2011 | O | 4 | Notice of Rejection: Entry of Appearance for Steven J. Mintz as principal attorney on behalf of the defendant-appellee, Kent State University, et al., received on 01/24/2011, cannot be filed; no proof of service, all parties not listed.  Court Service - 02/02/11.  Mailed: 02/02/11. REV(02/02/11 by JC)  2011-1198 |
| 02/02/2011 | O | 5 | Notice of Rejection: Certificate of Interest for the defendant-appellee, Kent State University, et al; received on 01/24/2011, cannot be filed; no appearance has been filed, no proof of service.  Court Service - 02/02/11.  Mailed: 02/02/11. REV(02/02/11 by JC)  2011-1198 |
| 02/02/2011 | O | 6 | Notice of Rejection: Entry of Appearance for R. Eric Guam as counsel on behalf of the defendant-appellee, Kent State University, et al, received on 01/24/2011, cannot be filed; no proof of service, all parties not listed.  Court Service - 02/02/11. Mailed: 02/02/11. REV(02/08/11 by SCN)  2011-1198 |
| 02/07/2011 | O | 7 | Entry of Appearance for Steven J. Mintz as principal attorney on behalf of appellants, Kent State University, et al.  Mail Service - 02/07/11.  Filed: 02/07/11. REV(02/08/11 by SCN) 2011-1198 |
| 02/07/2011 | O | 8 | Entry of Appearance for Richard Eric Gaum as counsel on behalf of appellants, Kent State University, et al.  Mail Service - 02/07/11.  Filed: 02/07/11. REV(02/08/11 by SCN)  2011-1198 |
| 02/14/2011 | O | 9 | Certificate of Interest for appellants Kent State University and Alexander J. Seed.  Mail Service - 02/04/11.  Filed: 02/07/11. REV(02/14/11 by SCN)  2011-1198 |

# United States Court of Appeals for the Federal Circuit

## 2011-1198:  FALANA V KENT STATE UNIV

| Date | Type | Entry# | Entry Text |
|---|---|---|---|
| 02/15/2011 | O | 10 | Docketing Statement for appellants, Kent State University, et al. Mail Service - 02/11/11.  Filed: 02/14/11. REV(02/15/11 by I40)  2011-1198 |
| 02/17/2011 | O | 11 | Notice to Plaintiff-Appellee: the Docketing Statement for the plaintiff-appellee, Olusegun Falana is overdue.  The docketing statement shall be filed no later than 02/28/2011.  Court Service - 02/17/11.  Mailed: 02/17/11. REV(02/17/11 by LAW)  2011-1198 |
| 02/25/2011 | O | 12 | Entry of appearance for Bruce H. Wilson as principal counsel on behalf of appellee, Olusegun Falana.  Mail Service - 02/11/11.  Filed: 02/24/11. REV(02/28/11 by MW)  2011-1198 |
| 02/25/2011 | O | 13 | Docketing Statement for the appellee, Olusegun Falana.  Mail Service - 02/11/11.  Filed: 02/24/11. REV(02/25/11 by MW) 2011-1198 |
| 02/25/2011 | O | 14 | Certificate of interest for appellee Olusegun Falana.  Mail Service - 02/11/11.  Filed: 02/24/11. REV(02/28/11 by MW) 2011-1198 |
| 04/04/2011 | B | 15 | Kent State University and Alexander J. Seed [Appellants] - Brief of Defendants-Appellants Kent State University and Alexander J. Seed. Mail Service-04/01/11. Filed: 04/01/11. REV(04/04/11 by C_C)  2011-1198 |
| 05/17/2011 | B | 16 | Olusegun Falana [Appellee] - Brief of Plaintiff-Appellee Olusegun Falana
. Mail Service-05/13/11. Filed: 05/13/11.  REV(05/17/11 by C_C)  2011-1198 |
| 06/01/2011 | B | 17 | Kent State University and Alexander J. Seed [Appellants] - Reply Brief of Defendants-Appellants Kent State University and Alexander J. Seed. Mail Service-05/31/11. Filed: 05/31/11. REV(06/01/11 by SEW)  2011-1198 |
| 06/08/2011 | B | 18 | Kent State University and Alexander J. Seed [Appellants] - Appendix (Two Volumes). Mail Service-06/07/11. Filed: 06/07/11. Entry of Appearance Notice Issued.  REV(06/08/11 by SEW)  2011-1198 |
| 06/22/2011 | O | 19 | Appellants Kent State University and Alexander J. Seed submits Citation of Supplemental Authority pursuant to Rule 28(j).  (merits panel)  Mail Service - 06/21/11.  Received: 06/22/11. REV(06/22/11 by LRP)  2011-1198 |
| 08/22/2011 | O | 20 | NOTICE OF CALENDARING issued.
Panel: 1110E on October 4, 2011.  Entered: 08/22/2011. (EOD 08/22/2011 by KSH) 2011-1198 |

# United States Court of Appeals for the Federal Circuit

## 2011-1198: FALANA V KENT STATE UNIV

| Date | Type | Entry# | Entry Text |
|---|---|---|---|
| 09/01/2011 | O | 21 | Response to oral argument order from the appellant, Alexander J. Seed and Kent State University stating that R. Eric Gaum will argue.  Mail Service - 08/31/11.  Received: 09/01/11. REV(09/13/11 by AMT)  2011-1198 |
| 09/15/2011 | O | 22 | Joint Statement of Compliance with FCR 33.  Mail Service - 09/08/11.  Filed: 09/09/11. REV(09/15/11 by MDB)  2011-1198 |
| 09/20/2011 | O | 23 | Response to oral argument order from the appellee, Olusegun Falana stating that Bruce H. Wilson will argue.  Fax Service - 09/14/11.  Received: 09/20/11. REV(09/20/11 by LAW)  2011-1198 |
| 10/04/2011 | O | 24 | Submitted after ORAL ARGUMENT by R. Eric Gaum and Bruce H. Wilson. Panel: Linn, Prost and Reyna.  Entered: 10/04/11. REV(10/13/11 by KSH)  2011-1198 |
| 01/23/2012 | D | 25 | Disposition: Affirmed by Panel. Precedential Opinion by: J. Linn. Judgment Entered: 01/23/12. Costs against Appellant. Opinion sent to parties: 01/23/12. Filed: 01/23/12. Mandate issued to the DCT: 02/29/12. REV (02/29/12 by CLT) 2011-1198 |